O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONN LEE ROSEBERRY, | ) Case No. CV 12-4777 JGB (MRW) |
| Petitioner, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF |
| LINDA SANDERS, Warden, | ) UNITED STATES MAGISTRATE |
| | ) JUDGE |
| Respondent. | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with  prejudice.

DATE:   5/29/~~30~~ 2013          _____

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE