JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONN LEE ROSEBERRY,<br><br>　　　　　　Petitioner,<br>　　　vs.<br>LINDA SANDERS, Warden,<br>　　　　　　Respondent.<br>_____ | Case No. CV 12-4777 JGB (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE:   5/29/13

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE